**SACCO & FILLAS, LLP**
**James R. Baez, Esq. (Attorney ID No.: 062282013)**
**Attorneys for Plaintiff**
**2160 North Central Road**
**Suite 100-3**
**Fort Lee, NJ 07024**
**(718) 746-3440**
**Our File No.: 28374-22**

---

| | |
|---|---|
| TAEHUN KIM, | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION BERGEN COUNTY** |
| Plaintiff, | |
| -against- | DOCKET NO. |
| | Civil Action |
| JACOBE CHRISTOPHER BOUNDS and DERREL ALFORD SHEPARD, | **SUMMONS** |
| Defendants. | |

---

**From the State of New Jersey**

**To the Defendants named above:**

The Plaintiff, TAEHUN KIM, has filed a lawsuit against defendants, JACOBE CHRISTOPHER BOUNDS and DERREL ALFORD SHEPARD, in the Superior Court of New Jersey. The complaint attached to this summons states the basis of the lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of the deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, 10 Main Street, Hackensack, NJ 07601. A filing fee payable to the Clerk of the Superior Court and completed Case

Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:   Fort Lee, New Jersey
             October 21, 2022

                                             **Superior Court Clerk**

**DEFENDANTS**:

JACOBE CHRISTOPHER BOUNDS
11810 Hammond Drive, Apt. 816
Houston, TX 77065

DERREL ALFORD SHEPARD
9701 Meyer Forest Drive
Houston, TX 77096

SACCO & FILLAS, LLP

**SACCO & FILLAS, LLP**
**James R. Baez, Esq. (Attorney ID No.: 062282013)**
**Attorneys for Plaintiff**
**2160 North Central Road**
**Suite 100-3**
**Fort Lee, NJ 07024**
**(718) 746-3440**
**Our File No.: 28374-22**

---

| | |
|---|---|
| TAEHUN KIM,<br><br>                    Plaintiff,<br><br>        -against-<br><br>JACOBE CHRISTOPHER BOUNDS and DERREL ALFORD SHEPARD,<br><br>                    Defendants. | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION**<br>**BERGEN COUNTY**<br><br>DOCKET NO.:<br><br>Civil Action<br><br>**COMPLAINT and JURY DEMAND** |

---

Plaintiff, by his attorneys, SACCO & FILLAS, LLP, as and for their Verified Complaint, respectfully allege, upon information and belief:

### COUNT ONE

1. The plaintiff, TAEHUN KIM, at all times herein mentioned was and still is a resident of Englewood, County of Bergen and State of New Jersey.

2. The defendant, JACOBE CHRISTOPHER BOUNDS, at all times herein mentioned was and still is a resident of Houston, County of Houston and State of Texas.

3. The defendant, DERREL ALFORD SHEPARD, at all times herein mentioned was and still is a resident of Houston, County of Houston and State of Texas.

4. On or about May 27, 2022, DERREL ALFORD SHEPARD, was the owner of a certain 2014 truck motor vehicle bearing Texas license plate.

5. On or about May 27, 2022, DERREL ALFORD SHEPARD, was the registered owner of a certain 2014 truck motor vehicle bearing Texas license plate.

6. On or about May 27, 2022, DERREL ALFORD SHEPARD, was the titled owner of a 2014 truck motor vehicle bearing Texas license plate.

7. On or about May 27, 2022, DERREL ALFORD SHEPARD, was the lessee of a certain 2014 truck motor vehicle bearing Texas license plate.

8. On or about May 27, 2022, DERREL ALFORD SHEPARD, was the lessor of a certain 2014 truck motor vehicle bearing Texas license plate.

9. On or about May 27, 2022, DERREL ALFORD SHEPARD, maintained a certain 2014 truck motor vehicle bearing Texas license plate.

10. On or about May 27, 2022, DERREL ALFORD SHEPARD, controlled a certain 2014 truck motor vehicle bearing Texas license plate.

11. On or about May 27, 2022, JACOBE CHRISTOPHER BOUNDS, was the operator of a certain 2014 truck motor vehicle bearing Texas license plate.

12. On or about May 27, 2022, the certain 2014 truck motor vehicle bearing Texas license plate, was being operated by JACOBE CHRISTOPHER BOUNDS with the express knowledge, consent and/or permission of its owner defendant DERREL ALFORD SHEPARD.

13. On or about May 27, 2022, the certain 2014 truck motor vehicle bearing Texas license plate, was being operated by JACOBE CHRISTOPHER BOUNDS, with the express knowledge, consent and/or on the business of defendant DERREL ALFORD SHEPARD.

14. On or about May 27, 2022, JACOBE CHRISTOPHER BOUNDS, was an employee and/or agent of defendant, DERREL ALFORD SHEPARD.

15. On or about May 27, 2022, the certain 2014 truck motor vehicle bearing Texas license plate, was being operated by JACOBE CHRISTOPHER BOUNDS, in furtherance and/or as part of

Case 2:23-cv-01068-MEF-AME   Document 1-1   Filed 02/23/23   Page 5 of 9 PageID: 8

his employment with defendant DERREL ALFORD SHEPARD.

16. On or about May 27, 2022, TAEHUN KIM, was the owner and operator of a certain 2022 Toyota bearing New Jersey license plate.

17. On or about May 27, 2022, the vehicle operated by the defendant, JACOBE CHRISTOPHER BOUNDS, came into contact with the vehicle operated by the plaintiff TAEHUN KIM, on Nordhoff Place at or near its intersection with West Sheffield Avenue, Englewood, County of Bergen, State of New Jersey.

18. Solely as a result of the defendants' negligence, carelessness and recklessness, plaintiff TAEHUN KIM was caused to suffer severe and serious personal injuries to mind and body, and further, that the plaintiff was subjected to great physical pain and mental anguish.

19. The plaintiff, TAEHUN KIM has suffered economic injury and will likely continue to suffer such economic injury.

20. The plaintiff, TAEHUN KIM has incurred substantial medical expenses for medical care and attention and will continue to incur additional expenses into the foreseeable future.

21. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiff contributing thereto.

22. That the plaintiff suffered a serious injury as defined by New Jersey Statutes Annotated Section 39:6A-8 and/or economic loss greater than the basic economic loss as defined in New Jersey Automobile Reparations Act, N.J.S.A 39:6a et.al.

23. As a result of the foregoing, plaintiff TAEHUN KIM demands judgment against the defendants, jointly, severally and/or in the alternative, for damages, together with interest, cost of suit and attorney's fees.

## COUNT TWO

24. Plaintiff, TAEHUN KIM, incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

25. That on or about May 27, 2022, the Defendant, DERREL ALFORD SHEPARD, negligently entrusted its vehicle to the Defendant, JACOBE CHRISTOPHER BOUNDS, who the Defendant, DERREL ALFORD SHEPARD, knew or should have known was incompetent and untrained to operate the vehicle belonging to the Defendant, DERREL ALFORD SHEPARD.

26. Due to defendants' negligence, plaintiff is entitled to damages in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction.

## COUNT THREE

27. Plaintiff, TAEHUN KIM, incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

28. Solely as a result of the defendants' negligence, carelessness and recklessness, plaintiff, TAEHUN KIM was caused to suffer severe and serious personal injuries to mind and body, and further, that the plaintiff was subjected to great physical pain and mental anguish.

29. Plaintiff's damages exceed the insurance policy limits of defendants.

30. As such, plaintiff intends to pursue a claim through her Supplemental Underinsured Motorist Coverage for said excess damages.

## COUNT FOUR

31. Plaintiff, TAEHUN KIM, incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

32. That by reason of the foregoing, the plaintiff TAEHUN KIM's vehicle was damaged, thereby necessitating repairs/and or the replacement thereof.

33. Due to defendants' negligence, plaintiff TAEHUN KIM is entitled to damages.

SACCO & FILLAS, LLP

**WHEREFORE**, the plaintiff demands:

a. Judgment awarding damages on Count One of the action, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction;

b. Judgment awarding damages on Count Two of the action, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction;

c. Judgment awarding damages on Count Three of the action, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction;

d. Judgment awarding damages on Count Four of the action, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction; and

e. Interest, the costs and disbursements of this action, together with such other and further relief as to this Court seems just and proper.

Dated: Fort Lee, New Jersey
October 21, 2022

*James R. Baez*
James R. Baez, Esq.

### CERTIFICATION PURSUANT TO R.4:5-1

Pursuant to Rule 4:5-1, the undersigned certifies that to the best his knowledge, the within matters in controversy are not the subject of any other action pending in any other Court or of a pending arbitration proceeding, nor is any action or arbitration proceeding contemplated nor are other parties required to be joined in this action.

Dated: Fort Lee, New Jersey
       October 21, 2022

*James R. Baez*
James R. Baez, Esq.

### JURY DEMAND

Plaintiff's attorney, James R. Baez, Esq., hereby demands a trial by jury on all the issues involved herein.

Dated: Fort Lee, New Jersey
       October 21, 2022

*James R. Baez*
James R. Baez, Esq.

### DESIGNATION OF TRIAL COUNSEL

Plaintiff reserves the right to designate a trial attorney at the time of trial.

Dated: Fort Lee, New Jersey
       October 21, 2022

*James R. Baez*
James R. Baez, Esq.

## DEMAND FOR ANSWER TO INTERROGATORIES

Plaintiff(s) hereby demand that defendant(s) answer Form C and C1 Interrogatories in accordance with the law.

Dated: Fort Lee, New Jersey
October 21, 2022

*James R. Baez*
James R. Baez, Esq.

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Pursuant to New Jersey Court Rule 4:10-2 (b), demand is made that defendant(s) disclose to plaintiff(s)' attorney whether or not there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or indemnify or reimburse for payments made to satisfy the judgement and provide plaintiff(s)' attorney with true copies of those insurance agreements or policies, including, but not limited to, any and all declaration sheets. This demand shall include and cover not only primary coverage, but also any and all excess, catastrophe and umbrella policies.

Dated: Fort Lee, New Jersey
October 21, 2022

*James R. Baez*
James R. Baez, Esq.

SACCO & FILLAS, LLP